· 229

**No. 50089.**—Protest 84784–K/12558 of Norman G. Jensen (New Orleans).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise in question is similar in all material respects to that the subject of Abstract 49793, which record was admitted in evidence herein.   In accordance therewith the protest was sustained as claimed.

BEFORE THE THIRD DIVISION, MARCH 30, 1945

**No. 50090.**—Protests 114536–K, etc., of Danish Consulate General–Greenland Section et al.  (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50091.**—Protests 100640–K, etc., of R. L. Albert & Son, Inc., et al.   (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 2, 1945

**No. 50092.**—Petition 6347–R of William J. Oberle, Inc. (Blumenthal Print Works) (New Orleans).

Opinion by EKWALL, J.   The office manager of the petitioner testified that the merchandise was entered at the invoice price; that the Government examiner indicated that he obtained what he considered to be the proper price from a price list furnished by the Customs Information Exchange in New York; that the importer found out that said price included an item of commission; and that it was the belief of the importer that the proper dutiable price was that shown on the invoice.   A supervising customs agent, who testified as to the reputation of the petitioner, admitted on cross-examination that in his dealings with the petitioner no information was ever denied him and that they cooperated in all of his investigations on their account.   The court held that the petitioner honestly believed that the appraiser's figures were incorrect in that they included an item of commission which the petitioner considered no part of the proper dutiable value of the goods, and that in making entry there was no intent to defraud the Government or deceive its officials.   The petition was therefore granted.

**No. 50093.**—Petition 6352–R of North American Mercantile Co. (New York).

Opinion by EKWALL, J.   The petition was dismissed.